9947. MASHBURN DRUG COMPANY *v.* THE STATE.

BLOODWORTH, J. This is a companion case to that of *Southern Express Co.*
*v. State,* ante, 376, and grew out of the same transaction, was tried by the
judge on the same agreed statement of facts, and the principle announced
in the first headnote and discussed in the first subdivision of the
opinion in that case controls this case.

    *Judgment affirmed. Broyles, P. J., concurs. Stephens, J., dissents.*
                DECIDED FEBRUARY 1, 1919.

Indictment for carrying intoxicating liquor; from Mitchell
superior court—Judge Harrell. May 24, 1918.

    *E. K. Wilcox,* for plaintiff in error.

    *R. C. Bell, solicitor-general, F. A. Hooper,* contra.